UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
NATALIE GONZALEZ, et. al., : Case No. 1:16-cv-02590 (NG)
:
Plaintiffs, :
:
-against- : **NOTICE OF MOTION**
:
COSTCO WHOLESALE CORPORATION, :
:
Defendant. :
:
:
---------------------------------------------------------------- x

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Costco Wholesale Corporation ("Costco"), by and through its undersigned counsel, hereby moves, at a date and time to be determined by this Court, for an order dismissing with prejudice Plaintiffs' Second Amended Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York      MORRISON & FOERSTER LLP
       October 6, 2017

                                  By:    */s/ Jamie A. Levitt*
                                       Jamie A. Levitt

                                Jamie A. Levitt
                                Adam J. Hunt
                                250 West 55th Street
                                New York, New York 10019
                                Telephone: (212) 468-8000
                                Facsimile: (212) 468-7900
                                JLevitt@mofo.com
                                AdamHunt@mofo.com

                                *Attorneys for Defendant Costco Wholesale Corporation*

ny-1300886