| | | |
|---|---|---|
| **MORRISON | FOERSTER** | 250 WEST 55TH STREET<br>NEW YORK, NY 10019-9601<br><br>TELEPHONE: 212.468.8000<br>FACSIMILE: 212.468.7900<br><br>WWW.MOFO.COM | MORRISON & FOERSTER LLP<br><br>BEIJING, BERLIN, BRUSSELS,<br>DENVER, HONG KONG, LONDON,<br>LOS ANGELES, NEW YORK,<br>NORTHERN VIRGINIA, PALO ALTO,<br>SAN DIEGO, SAN FRANCISCO, SHANGHAI,<br>SINGAPORE, TOKYO, WASHINGTON, D.C. |

November 20, 2017

Writer's Direct Contact
+1 (212) 336.4341
AdamHunt@mofo.com

Via UPS Overnight Delivery

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York 11201

Re:   *Gonzalez, et al. v. Costco Wholesale Corporation, et al.*, 1:16-cv-02590

Dear Judge Garaufis:

This firm represents Defendant Costco Wholesale Corporation ("Costco") in the above-captioned action. Pursuant to Rule III.B. of Your Honor's Individual Rules, please find enclosed the full set of briefing papers for Costco's Motion to Dismiss, including:

1. Costco's Notice of Motion to Dismiss Plaintiffs' Second Amended Complaint;

2. Costco's Memorandum of Law in Support of its Motion to Dismiss;

3. Plaintiffs' Opposition to Costco's Motion to Dismiss; and

4. Costco's Reply Memorandum of Law in Support of Its Motion to Dismiss.

Respectfully submitted,

*/s/ Adam J. Hunt*

Adam J. Hunt

cc:  Magistrate Judge James Orenstein (via UPS Overnight Delivery); Plaintiffs' Counsel (via e-mail)

Enclosures

ny-1305958